IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOHN ALBRITTON and<br>GWEN ALBRITTON,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>MASSIE H. MCINTYRE, individually,<br>MASSIE MCINTYRE, P.C.,<br>HUGH PETERSON, III, individually,<br>HUGH PETERSON, III, P.C., and<br>MOUNT VERNON BANK, INC.,<br>and JOHN DOES, Employees<br>of Mount Vernon Bank<br><br>　　Defendants. | Case No.: CV-613-089 |

## DISMISSAL

NOW COME the Plaintiffs, John Albritton and Gwen Albritton, in the above styled case and files this, their Dismissal with prejudice.

This 14th day of February, 2014.

　　　　　　　　　　　　　　　　　　　　**/s/ Robert W. Hunter, III**
　　　　　　　　　　　　　　　　　　　　ROBERT W. HUNTER, III
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　Georgia Bar No.: 379480
　　　　　　　　　　　　　　　　　　　　266 Greene Street
　　　　　　　　　　　　　　　　　　　　Augusta, Georgia 30901

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOHN ALBRITTON and<br>GWEN ALBRITTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>MASSIE H. MCINTYRE, individually,<br>MASSIE MCINTYRE, P.C.,<br>HUGH PETERSON, III, individually,<br>HUGH PETERSON, III, P.C., and<br>MOUNT VERNON BANK, INC.,<br>and JOHN DOES, Employees<br>of Mount Vernon Bank<br><br>    Defendants. | Case No.: CV-613-089 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing DISMISSAL with the United States District Court's CM/ECF system which will automatically send notification of such filing to the following counsels of record:

Paul H. Threlkeld  
Post Office Box 10186  
Savannah, Georgia 31412  

Massie McIntyre  
116 SW Main Street  
Vidalia, Georgia 30474  

George Rountree  
26 N. Main Street  
Statesboro, Georgia 30458  

This 14th day of February, 2014.

                                                                        **/s/ Robert W. Hunter, III**  
                                                                        ROBERT W. HUNTER, III  
                                                                           Attorney for Plaintiffs  
                                                                        Georgia Bar No.: 379480  
                                                                              266 Greene Street  
                                                                            Augusta, Georgia 30901