IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOHN ALBRITTON and<br>GWEN ALBRITTON,<br><br>    Plaintiffs,<br><br>v.<br><br>MASSIE H. MCINTYRE, individually,<br>MASSIE MCINTYRE, P.C.,<br>HUGH PETERSON, III, individually,<br>HUGH PETERSON, III, P.C., and<br>MOUNT VERNON BANK, INC.,<br>and JOHN DOES, Employees<br>of Mount Vernon Bank<br><br>    Defendants. | Case No.: CV-613-089 |

## STIPULATION OF DISMISSAL

NOW COME the Plaintiffs, John Albritton and Gwen Albritton, in the above styled case and files this, their Dismissal with prejudice.  All parties to this action consent to the dismissal of this case, under FRCP 41(a)(1)(A)(ii).

This 17th day of February, 2014.

PRESENTED BY:

**/s/ Robert W. Hunter, III**
ROBERT W. HUNTER, III
Attorney for Plaintiffs
Georgia Bar No.: 379480
266 Greene Street
Augusta, Georgia 30901

CONSENTED TO BY:

**/s/ Paul H. Threlkeld**
PAUL H. THRELKELD
Attorney for Massie McIntyre, P.C.
and Massie McIntyre, Individually
and Hugh Peterson, III, P.C. and
Hugh Peterson, III, Individually
Post Office Box 10186
Savannah, Georgia 31412

**/s/ George Rountree**
GEORGE ROUNTREE
Attorney for Mount Vernon Bank, Inc.
and John Does, Employees of Mount Vernon Bank
26 N. Main Street
Statesboro, Georgia 30458

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOHN ALBRITTON and <br> GWEN ALBRITTON, <br><br> Plaintiffs, <br><br> v. <br><br> MASSIE H. MCINTYRE, individually, <br> MASSIE MCINTYRE, P.C., <br> HUGH PETERSON, III, individually, <br> HUGH PETERSON, III, P.C., and <br> MOUNT VERNON BANK, INC., <br> and JOHN DOES, Employees <br> of Mount Vernon Bank <br><br> Defendants. | Case No.: CV-613-089 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this date electronically filed the foregoing DISMISSAL with the United States District Court's CM/ECF system which will automatically send notification of such filing to the following counsels of record:

Paul H. Threlkeld                                            Massie McIntyre
Post Office Box 10186                                   116 SW Main Street
Savannah, Georgia 31412                             Vidalia, Georgia 30474

George Rountree
26 N. Main Street
Statesboro, Georgia 30458

This 17th day of February, 2014.

**/s/ Robert W. Hunter, III**
ROBERT W. HUNTER, III
Attorney for Plaintiffs
Georgia Bar No.: 379480
266 Greene Street
Augusta, Georgia 30901