UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JOHN ALBRITTON and<br>GWEN ALBRITTON,<br><br>    Plaintiffs,<br>v.<br><br>MASSIE H. MCINTYRE, individually<br>MASSIE MCINTYRE, P.C.,<br>HUGH PETERSON, III, individually<br>HUGH PETERSON, III, P.C.<br>MOUNT VERNON BANK<br>and JOHN DOES, employees of<br>Mount Vernon Bank,<br>    Defendant, | )<br>)<br>)<br>)<br>)<br>)   CASE NO. CV613-089<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

By consent of the parties as filed with the Court, this case is hereby **DISMISSED** with prejudice. The clerk of the Court is **DIRECTED** to close the case.

**SO ORDERED** this ____ day of February, 2014.

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia